UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

HALO OPTICAL PRODUCTS, INC. and
HALO SPORTS AND SAFETY, INC.,

                    Plaintiff,

-against-                                Civil Case Action No.
                                                 6:14-CV-282-MAD-TWD

LIBERTY SPORT, INC. f/k/a LIBERTY OPTICAL
MANUFACTURING COMPANY, INC.,

                    Defendant.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by their respective counsel, the attorneys of record for all current parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a guardian or committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued with prejudice and without costs to either party as against the other.

Dated: December 11, 2017

By: _____
G. Kimball Williams (Bar No. 102827)
McNamee Lochner P.C.
677 Broadway
Albany, NY 12207
Telephone: 518-447-3200
Email: williams@mltw.com

Attorneys for Plaintiffs

Dated: December 11, 2017

By: _____
Carolyn J. Fairless (admitted pro hac vice)
Gwen J. Young (admitted pro hac vice)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303-244-1800
Email: fairless@wtotrial.com
Email: young@wtotrial.com

Jeffrey J. Sherrin (Bar No. 102601)
O'Connell & Aronowitz, P.C.
54 State Street, 9th Floor
Albany, NY 12207-2501
Telephone: 518.462.5601
Email: jsherrin@oalaw.com

Attorneys for Defendant

{M1349495.1 }

Dated: _____, 2017          SO ORDERED.

_____
United States Magistrate Judge

{M1349495.1}